ACCEPTED
01-14-004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 8:56:43 PM
Dwight D. Sullivan
County Clerk
Galveston County, Texas
CHRISTOPHER PRINE
CLERK

## NO. PRO74571

<table>
<tr><td>IN THE MATTER OF THE</td><td>§</td><td>IN THE PROBATE COURT</td></tr>
<tr><td>GUARDIANSHIP OF</td><td>§</td><td>AT LAW NUMBER</td></tr>
<tr><td>LONNIE PHILLIPS, JR.</td><td>§</td><td>GALVESTON COUNTY, TEXAS</td></tr>
</table>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 5:50:51 PM
CHRISTOPHER A. PRINE
Clerk

### AFFIDAVIT OF INDIGENCE

On the 30th day of December, 2014, came on before me, a person known to me to be Veronica L. Davis. who deposed on his oath and said:

"My name is Veronica L. Davis. I am counsel for the applicant in the above entitled and numbered cause. I have been in the stead of being counsel for the children of Lonnie Phillips, Jr. who petitioned this court for guardianship of the person and estate by agreement. "

"The ward is currently in a nursing home. He receives Social Security in the approximate amount of $1200.00 which goes to the nursing home. The ward has a homestead which is protected by law from consideration in the determination of whether the ward is entitled to proceed in this cause as an indigent. There is no money in the estate of the ward."

"Appeal is sought on behalf of the children of the ward, two of which are indigent. The guardian ad litem contests the legitimacy of the applicant proceeding as a child of the ward due to the lack of a formal adoption. However, though the original applicant is not indigent, guardianship of the ward does not benefit the applicant, but is in the best interests of the ward. For the foregoing reasons, the previous applicant, Kevin Campbell should not bear the costs of attempting to dissolve the guardianship."

"The applicant has standing to proceed with an appeal pursuant to **Texas Estate Code** §32.001 and the **Texas Rules of Civil Procedure** 145.

"The ward in this cause suffers from dementia and is unable to attest to the information contained in this affidavit."

"Pursuant to Rule 145 ( c ) of the **Texas Rules of Civil Procedure**, the affiant shows that it is an attorney providing free legal services for the purpose of this appeal only. I am representing the ward and applicants, without contingency due to the ward's indigency, and I am providing services directly and this affirmation constitutes and IOLTA certificate that the services are being provided for this appeal at no cost to the ward."

Further affiant sayeth not.

_____
Veronica L. Davis

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, in and for the State of Texas, to certify my hand and seal of office on this the 30 day of December, 2017.

_Christopher B Martin_
Notary Public in and for the State of Texas

6/26/18
My commission expires

CHRISTOPHER B MARTIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 6/26/18